UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BILL WISSER,

                     Plaintiff,

- against -

THE PRISM MUSIC GROUP, INC.

                     Defendant.

Docket No. 2:20-cv-2054

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Bill Wisser ("Wisser" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant The Prism Music Group, Inc. ("Prism Music Group" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph the Beaker & Gray restaurant, owned and registered by Wisser, a professional photographer. Accordingly, Wisser seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant transacts business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Wisser is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 565 NW 44th Street, Miami, Florida 33127.

6. Upon information and belief, Prism Music Group is a business corporation with a place of business at 8855 Collins Avenue, Suite 7G, Surfside, Florida 33154. At all times material hereto, Prism Music Group has owned and operated a website at the URL: www.CultureCrusaders.com (the "Website").

## STATEMENT OF FACTS

**A. Background and Plaintiff's Ownership of the Photograph**

7. Wisser photographed the Beaker & Gray restaurant (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Wisser is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with United States Copyright Office and was given Copyright Registration Number VA 2-067-039.

**B. Defendant's Infringing Activities**

10. Defendant ran an article on the Website entitled *Where Miami Locals Actually Hang Out in Wynwood*. See: https://culturecrusaders.com/2019/03/12/where-miami-locals-actually-hang-out-in-wynwood/?mc_cid=0c08fdf2fc&mc_eid=f27068c3da. The article featured the Photograph. A true and correct copy of the article and a screenshot of the Photograph on the Website is attached hereto as Exhibit B.

11. Defendant did not license the Photograph from Plaintiff for its article, nor did Defendant have Plaintiff's permission or consent to publish the Photograph on its Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)**
**(17 U.S.C. §§ 106, 501)**

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. Defendant infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Defendant are not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant' profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

18. Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant' profits, gains or advantages of any kind attributable to Defendant' infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

# DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
May 5, 2020

        LIEBOWITZ LAW FIRM, PLLC

        By: /s/Richard Liebowitz
           Richard P. Liebowitz
        11 Sunrise Plaza, Suite 305
        Valley Stream, NY 11580
        Tel: (516) 233-1660
        RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Bill Wisser*